**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01291-CR

### EX PARTE TONY YUAN LI, Appellant

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-80387-2013**

## ORDER

The Court **GRANTS** appellant's November 13, 2014 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      MOLLY FRANCIS
         JUSTICE